UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 1:09-cr-174-WTL-KPF-1 |
| v. | ) | |
| | ) | |
| MICHAEL STEVEN SHERFICK, | ) | |
| | ) | |
| *Defendant.* | ) | |

**COURTROOM MINUTES FOR APRIL 21, 2010**
**CRIMINAL PROCEEDINGS**
**HON. WILLIAM T. LAWRENCE, JUDGE**

GOVERNMENT APPEARS BY: Justin Shur
DEFENDANT IN PERSON AND WITH COUNSEL: Jim Voyles
PROBATION OFFICER PRESENT: Troy Adamson
COURT REPORTER: Jean Knepley

The hearing on defendant's Petition to Enter a Plea of Guilty begins.

The Court notes that the Defendant previously waived indictment in open court. The Court then inquires of the defendant if the defendant understands the rights that the Defendant will relinquish if the Court accepts the Defendant's plea of guilty to Count One of the Information. Being satisfied that the defendant is fully competent and able to enter an informed plea, that the defendant's plea is made knowingly and voluntarily and, after hearing and accepting the factual basis for the plea and determining that the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged, the Court ACCEPTS the plea agreement and adjudges the Defendant guilty.

The Court then continues to the sentencing phase of the proceeding and sentences the Defendant pursuant to the Plea Agreement.

Defendant continues under previously imposed release conditions.

Distribution:

U.S. Probation Office

U.S. Marshal Service

Justin V. Shur
U.S. DEPARTMENT OF JUSTICE
justin.shur@usdoj.gov

James H. Voyles
VOYLES ZAHN PAUL HOGAN & MERRIMAN
jvoyles@vzphmlaw.com