UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:09-cr-0174-WTL-KPF-1 |
| ) | |
| MICHAEL STEVEN SHERFICK, ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue=s Report and Recommendation that Michael Sherfick=s supervised release be modified, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, the Court now approves and adopts the Report and Recommendation as follows:

1. For sixty (60) days, defendant is placed on house arrest at his residence and only permitted out for employment, religious services, medical and other activities approved by his probation officer.
2. The defendant is to pay his fees within one (1) year.
3. The defendant shall be subject to search provisions of his residence, motor vehicle and his person, and
4. The defendant is permitted to travel outside the Southern District of Indiana for business purposes and business activities only and he is to provide at least five (5) working days notice to his probation officer for approval.
5. The defendant is subject to the previously-ordered conditions of supervised release imposed at sentencing.

SO ORDERED  04/12/2013

*William T Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Mark John Cipolletti
Assistant U. S. Attorney
US Department of Justice
Bond Building, Room 12307
1400 New York Avenue, NW
Washington, DC 20530

James Voyles
Voyles Zahn Paul Hogan and Merriman
141 East Washington Street
Suite 300
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal